THE STATE EX REL. WARREN NEWSPAPERS, INC. *v.* COURT OF JURISDICTION
OF THE MAHONING VALLEY SANITARY DISTRICT.

[Cite as *State ex rel. Warren Newspapers, Inc. v. Court of Jurisdiction of the Mahoning Valley Sanitary Dist.* (1998), 81 Ohio St.3d 1263.]

(No. 97–1893—Submitted April 7, 1998—Decided May 13, 1998.)

*Arter & Hadden, Gregory V. Mersol, John B. Lewis* and *John P. Gartland,* for relator Warren Newspapers, Inc.

*Betty D. Montgomery,* Attorney General, *Arthur J. Marziale, Jr.,* and *Elizabeth Ann Scott,* Assistant Attorneys General, for respondent James Petro, Auditor of State.

Upon consideration of relator Warren Newspaper, Inc.'s Additional Evidence in Support of Attorney Fee Submission and pursuant to *State ex rel. Warren Newspapers, Inc. v. Court of Jurisdiction of the Mahoning Valley Sanitary Dist.* (1998), 81 Ohio St.3d 1234, 690 N.E.2d 11, attorney fees are granted in the amount of $4,667.50, plus reimbursement of the filing fee in the amount of $140.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., not participating.